

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00227-CV

_____

DRUE ALLEN HOLLIS, Appellant

V.

MESA SPRINGS, L.L.C., Appellee

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-301866-18

Before Bassel, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Appellant Drue Allen Hollis attempts to appeal from the trial court's order granting Appellee Mesa Springs L.L.C.'s Motion to Dismiss and Motion for Sanctions signed May 31, 2019. On June 25, 2019, we notified the parties of our concern that we lack jurisdiction over this appeal because it does not appear to arise from a final judgment or appealable interlocutory order, and we informed the parties that we could dismiss the appeal absent a response by July 5, 2019, showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3(a), 44.3. We have received no response. Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

Per Curiam

Delivered: August 22, 2019